JPML FORM 1A                    DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 276 -- IN RE TOY AND GAME ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 9/24/76 | 1. | MOTION W/SUPPORTING BRIEF -- plaintiff Christian Thee -- complaints attached as exhibits and affidavits of counsel. Certificate of counsel mailing and clerks of court |
| | | REQUESTED TRANSFEREE FORUM: Eastern District of New York |
| 10/4/76 | | APPEARANCE -- CARL E. PERSON, ESQ. for Christian Thee |
| | | JAMES R. SWEENEY, ESQ. for Marvin Glass & Assoc. |
| 10/5/76 | | HEARING ORDER -- Setting A-1, A-2 for hearing 10/29/76 Wash., D.C. |
| 10/8/76 | | REQUEST FOR EXTENSION -- MARVIN GLASS -- Granted to 10/8/76 |
| XXXXXXXXXXXXXX | | XXXXXAMENDMENTXXTOXMOTIONXXXMOVANTXXSXADDXXBXXX |
| 10/12/76 | 2 | REPONSE-Marvin Glass & Associates w/cert. of service |
| 10/15/76 | 3 | RESPONSE -- GENERAL MILLS INC AND GENERAL MILLS FUN GROUP, INC. W/cert of service |
| 11/5/76 | | ORDER -- DENYING TRANSFER OF LITIGATION |

DOCKET NO. __276__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE TOY AND GAME ANTITRUST LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) _____

Consolidation Ordered _____    Consolidation Denied ✓ 11/5/76

Opinion and/or Order _____

Citation _____

Transferee District _____    Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Christian Thee v. Marvin Glass & Associates | N.D.Ill. Leighton | 76 C 1785 | | | | |
| A-2 | Christian Thee v. Parker Brothers, Inc., et ano. | E.D.N.Y. Bramwell | 75C 1554 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 276 -- IN RE TOY AND GAME ANTITRUST LITIGATION

---

**CHRISTIAN THEE (A-1 & A-2)**
Carl E. Person, Esquire
132 Nassau Street
New York, New York  10038


**MARVIN GLASS & ASSOCIATES**
James R. Sweeney, Esquire
Coffee and Sweeney
20 North Wacker Drive
Chicago, Illinois  60606


**GENERAL MILLS, INC. AND GENERAL MILLS
    FUND GROUP, INC. (Successor to
    PARKER BROKERS, INC. )**
Christopher Crowley, Esquire
Davis, Polk & Wardwell
One Chase Manhattan Plaza
New York, New York  10005

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 276 -- IN RE TOY AND GAME ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| MARVIN GLASS & ASOC | A-1  A-2 |
| PARKER BROTHERS, INC. | A-2 |
| GENERAL MILLS, INC. | A-2 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

p. 1