DOCKET NO. 276

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE TOY AND GAME INDUSTRY ANTITRUST LITIGATION

## ORDER DENYING TRANSFER

The Panel having ruled from the bench at the hearing on this matter held on October 29, 1976, that coordinated or consolidated pretrial proceedings in the actions listed on the attached Schedule A would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation,

IT IS THEREFORE ORDERED that the motion to transfer the actions on Schedule A pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

John Minor Wisdom
Chairman

SCHEDULE A								DOCKET NO. 276

### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Christian Thee v. Marvin Glass & Associates | Civil Action No. 76 C 1785 |

### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Christian Thee v. Parker Brothers, Inc., et al. | Civil Action No. 75 C 1554 |

SCHEDULE A								DOCKET NO. 276